1

2

3

4

5

6

7

8

9        UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON

10                 AT TACOMA

11

12   UNITED STATES OF AMERICA,.

13          Respondent.

14          v.                            Case No. CR00-5699JET

15   ANTHONY Z. JENKINS,                  ORDER

16          Petitioner,

17

18

19        THIS MATTER comes on before the above-entitled Court upon Defendant's Motion for

20   Reconsideration of Sentence or in the Alternative to Withdraw Guilty Plea.

21        Having considered the entirety of the record and files herein, the Court finds and rules as

22   follows:

23        The Defendant's motion raises claims cognizable only in a §2255 motion.  Thus, the Court

24   construes Defendant's Motion For Reconsideration of Sentence or in the Alternative to Withdraw

25

26

1  Guilty Plea as a second or successive §2255 motion. Defendant has not obtained prior authorization

2  from the Ninth Circuit Court of Appeals to file a second or successive motion.  Accordingly,

3  Defendant's motion is DISMISSED for want of jurisdiction.

4        The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of

5  record.

6        DATED this 30th day of September, 2005.

7

8                                        /s JACK E. TANNER
                                        _____
9                                        JACK E. TANNER
                                        SR. UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26